IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
05 AUG 12 AM 11: 13
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:05MJ253 |
| v. | : | |
| JOHN CHARLES ROUTLEY | : | |
| | : | <u>ORDER TO CORRECT CLERICAL ERROR AND INSERT CORRECTED PAGE</u> |

-------------------

Upon the Motion of the United States to Correct Clerical Error contained on the Criminal Complaint, Supporting Affidavit for Criminal Complaint and Warrant for Arrest, (Doc. #1 and 2) filed herein on August 10, 2005, and for good cause shown, it is hereby ORDERED, pursuant to Rule 36, of the Federal Rules of Criminal Procedure, that the Clerk of the United States District Court for the Southern District of Ohio insert said filing.

SO ORDERED.

Date: 8-12-05

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE